THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW CAMPBELL, CORNELIUS McCOY and CHARLES T. SMITH.— Motion granted enlarging time within which appeal must be brought on for argument to November 3, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of FRANK J. McCABE, Appellant, v. JOHN R. VOORHIS and Others, as and Constituting the Board of Elections of the City of New York, Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HELEN M. ALBERT, Appellant, v. JOHN R. VOORHIS and Others, Commissioners of Elections, Constituting the Board of Elections of the City of New York, and CHARLES W. BERRY, Comptroller of the City of New York, and Others, Constituting the Board of City Record, Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MARY B. PEAKS, Appellant, for a Peremptory Mandamus Order against JOHN R. VOORHIS and Others, Commissioners

of Elections, Constituting the Board of Elections of the City of New York, Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.